**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
)
MARIA ALEJANDRA CELIMEN SAVINO,  )
                                 )
        Petitioner,              )
                                 )   Civil Action
v.                               )   No. 20-10259-PBS
                                 )
STEVEN J. SOUZA,                 )
                                 )
        Respondent.              )
_____)

**ORDER**

April 22, 2020

Saris, D.J.

The Court **ALLOWS** Petitioner's motion for extension of time (Dkt. No. 23). Within 2 days of entry of this order, Respondent shall serve on the Petitioner a paper copy of its Response to the Petition (Dkt. No. 9) and all attached exhibits. The Petitioner shall have 7 days after receipt of the Respondent's filings to file a reply with any supporting documentation. The reply brief shall address (1) the Immigration Court's assessment of Petitioner's dangerousness, given Petitioner's criminal history, (2) whether the result of Petitioner's bond hearing could have been different, had the Government borne the burden of proof as to dangerousness, and (3) other factors relevant to

1

a bond redetermination, pursuant to Matter of Guerra, 24 I. & N. Dec. 37, 40 (BIA 2006).[1]

SO ORDERED.

                                        /s/ PATTI B. SARIS
                                        Patti B. Saris
                                        United States District Judge

---

[1] In analyzing a detainee's request for a bond redetermination, an immigration judge may consider several factors, including:

> (1) Whether the alien has a fixed address in the United States; (2) the alien's length of residence in the United States; (3) the alien's family ties in the United States, and whether they may entitle the alien to reside permanently in the United States in the future; (4) the alien's criminal record, including the extensiveness of criminal activity, the recency of such activity, and the seriousness of the offenses; (7) the alien's history of immigration violations; (8) any attempts by the alien to flee persecution or otherwise escape authorities, and (9) the alien's manner of entry to the United States.

Matter of Guerra, 24 I. & N. Dec. 37, 40 (BIA 2006).